# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 23, 2020

## NO. 03-19-00736-CV

**Appellants, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; The Office of the Comptroller of Public Accounts of the State of Texas; Ken Paxton, Attorney General of the State of Texas; and The Office of the Attorney General of the State of Texas// Cross-Appellant, Michael D's Restaurant San Antonio Inc.**

**v.**

**Appellee, Michael D's Restaurant San Antonio Inc.// Cross-Appellees, Glenn Hegar, Comptroller of Public Accounts of the State of Texas; The Office of the Comptroller of Public Accounts of the State of Texas; Ken Paxton, Attorney General of the State of Texas; and The Office of the Attorney General of the State of Texas**

### APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on September 30, 2019. The parties filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.